UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
HERRERA, WILFREDO                         §     Case No. 10-52450
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg, Trustee_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-52450 MB Judge: MANUEL BARBOSA | | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | HERRERA, WILFREDO | | | Date Filed (f) or Converted (c): | 11/24/10 (f) |
| | | | | 341(a) Meeting Date: | 01/03/11 |
| For Period Ending: | 08/25/12 | | | Claims Bar Date: | 07/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 2256 Bird Ln, Batavia IL 60 owned jointly with non-filing spouse | 560,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate located at 26937 Coral Springs Dr., We | 250,000.00 | 0.00 | | 0.00 | FA |
| 3. Real Estate located at 24816 Wild Frontier Dr, Lan | 150,000.00 | 0.00 | | 0.00 | FA |
| 4. Real Estate located at 5353 10th Ave, Zephyr Hills | 50,000.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with Bank of America | 57.70 | 0.00 | | 0.00 | FA |
| 6. Checking account with Anheuser Busch Credit Union | 177.08 | 0.00 | | 0.00 | FA |
| 7. Savings account with Bank of America | 45.87 | 0.00 | | 0.00 | FA |
| 8. Savings account with Anheuser-Busch Employees' Cre | 10.02 | 0.00 | | 0.00 | FA |
| 9. Checking account with Citibank | 1,682.32 | 0.00 | | 0.00 | FA |
| 10. Savings account with Citibank | 100.22 | 0.00 | | 0.00 | FA |
| 11. employer stock options -Equity Residential held at Value of asset based upon estate's pre-petition, pro-rate share of vested stock options | 0.00 | 34,021.57 | | 37,186.29 | FA |
| 12. Savings account with Bank of America | 8.56 | 0.00 | | 0.00 | FA |
| 13. Miscellaneous Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 14. Miscellaneous books, cd's, videos | 100.00 | 0.00 | | 0.00 | FA |
| 15. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 16. Miscellaneous costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 17. Term Life Insurance, no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 18. 401k, through employer | 91,240.87 | 0.00 | | 0.00 | FA |
| 19. Morgan Stanley/Smith Barney | 54.34 | 0.00 | | 0.00 | FA |
| 20. Automobile, 2007 Cadillac Escalade, cross collater | 31,000.00 | 0.00 | | 0.00 | FA |
| 21. Automobile, 1997 Jeep Wrangler | 2,000.00 | 0.00 | | 0.00 | FA |
| 22. IRS tax return-joint with spouse | 1,251.50 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.88 | FA |

Case 10-52450   Doc 31   Filed 10/03/12   Entered 10/03/12 12:22:39   Desc Main
Document   Page 4 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

Case No:    10-52450    MB   Judge: MANUEL BARBOSA          Trustee Name:              Elizabeth C. Berg, Trustee
Case Name:  HERRERA, WILFREDO                               Date Filed (f) or Converted (c):  11/24/10 (f)
                                                            341(a) Meeting Date:       01/03/11
                                                            Claims Bar Date:           07/06/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

                                                                                                                        Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)           $1,139,178.48           $34,021.57                        $37,188.17                $0.00
                                                                                                                        (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's interest in a tax refund and stock options; Trustee determined there was no equity in the
tax refund; Trustee liquidated the current stock options and recovered more than $37,000 for the benefit of the Estate's
creditors; additional stock options were to mature in February 2012;  Trustee reviewed claims; TR held open case for
2012 stock options, only to learn Debtor left job and options were cancelled by Company. Trustee filed estate tax
returns; TFR prepared

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 09/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-52450 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | HERRERA, WILFREDO | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4277  Money Market Account |
| Taxpayer ID No: | *******0015 | | | |
| For Period Ending: | 08/27/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/11 | 11 | Morgan Stanley Smith Barney | Stock Option Proceeds | 1129-000 | 37,186.29 | | 37,186.29 |
| | | c/o Citigroup Global Markets, Inc. | $3,164.72 of proceeds vested post-petition and | | | | |
| | | 70 W. Madison St.  Suite 5100 | represent non-estate property returnable to Debtor. | | | | |
| | | Chicago IL  60602 | See check 3003 | | | | |
| 06/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 37,186.31 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,186.63 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,186.95 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,187.26 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,187.58 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 47.38 | 37,140.20 |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,140.51 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 45.79 | 37,094.72 |
| 12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 37,095.00 |
| 12/29/11 | | Transfer to Acct #*******2608 | Bank Funds Transfer | 9999-000 | | 37,095.00 | 0.00 |

| | Account *******4277 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | Deposits | 37,186.29 | 0 | Checks | 0.00 |
| | | 7 | Interest Postings | 1.88 | 2 | Adjustments Out | 93.17 |
| | | | | | 1 | Transfers Out | 37,095.00 |
| | | | Subtotal | $ 37,188.17 | | | |
| | | | | | | Total | $ 37,188.17 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $ 37,188.17 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-52450 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HERRERA, WILFREDO | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2608  Checking Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 08/27/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******4277 | Bank Funds Transfer | 9999-000 | 37,095.00 | | 37,095.00 |
| 02/21/12 | 003001 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Blanket Bond #016026455 Chicago   NDIL | 2300-000 | | 51.59 | 37,043.41 |
| * 03/05/12 | 003002 | Wilfredo Herrera 2256 Bird Lane Batavia IL 60510 | Debtor's Share - EQR Stock Options | 8500-003 | | 9,241.62 | 27,801.79 |
| * 03/06/12 | 003002 | Wilfredo Herrera 2256 Bird Lane Batavia IL 60510 | Debtor's Share - EQR Stock Options Determined check amount incorrect due to revised calculations of Estate's pro-rata share of stock option proceeds.  Replaced with Check # 3003 | 8500-003 | | -9,241.62 | 37,043.41 |
| 03/06/12 | 003003 | Wilfredo Herrera 2256 Bird Lane Batavia IL 60510 | Debtor's Share - EQR Stock Options | 8500-002 | | 3,164.72 | 33,878.69 |
| 08/14/12 | 003004 | United States Treasury c/o Internal Revenue Service Cincinnati OH 45999-0148 | 35-6920015 2011 Form 1041 | 2810-000 | | 876.00 | 33,002.69 |
| 08/14/12 | 003005 | Illinois Department of Revenue P.O. Box 19053 Springfield IL 62794-9053 | 35-6920015 2011 Form IL-1041 | 2820-000 | | 825.00 | 32,177.69 |

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-52450 -MB |
| Case Name: | HERRERA, WILFREDO |
| Taxpayer ID No: | *******0015 |
| For Period Ending: | 08/27/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2608  Checking Account |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account  *******2608

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 6 | Checks | 4,917.31 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | Total | $ 4,917.31 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 37,095.00 | | | |
| | Total | $ 37,095.00 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 37,186.29 | 6 | Checks | 4,917.31 |
| 7 | Interest Postings | 1.88 | 2 | Adjustments Out | 93.17 |
| | | | 1 | Transfers Out | 37,095.00 |
| | Subtotal | $ 37,188.17 | | Total | $ 42,105.48 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 37,095.00 | | | |
| | Total | $ 74,283.17 | | Net Total Balance | $ 32,177.69 |

| Page 1 | | | EXHIBIT C
ANALYSIS OF CLAIMS REGISTER | | | Date: August 21, 2012 |

Case Number: 10-52450  
Debtor Name: HERRERA, WILFREDO  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $4,152.35 | $0.00 | $4,152.35 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $5,312.00 | $0.00 | $5,312.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $1,367.00 | $0.00 | $1,367.00 |
| 999<br>2810-00 | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati OH 45999-0148 | Administrative | | $876.00 | $876.00 | $0.00 |
| 999<br>2820-00 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield IL 62794-9053 | Administrative | | $825.00 | $825.00 | $0.00 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $13.40 | $0.00 | $13.40 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA 70139 | Administrative | | $51.59 | $51.59 | $0.00 |
| 000001<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $8,685.32 | $0.00 | $8,685.32 |
| 000002<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,342.45 | $0.00 | $1,342.45 |
| 000003<br>070<br>7100-00 | FIA Card Services, NA<br>Bank of America, NA (USA) & MBNA<br>America Bank, NA/American<br>InfoSource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $44,258.30 | $0.00 | $44,258.30 |
| 000004<br>070<br>7100-00 | FIA Card Services, NA<br>Bank of America, NA (USA) & MBNA<br>America Bank, NA/American<br>InfoSource LP<br>PO Box 248809 | Unsecured | | $16,234.13 | $0.00 | $16,234.13 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: August 21, 2012 |
|---|---|---|---|---|---|---|

Case Number:  10-52450  
Debtor Name:  HERRERA, WILFREDO  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Oklahoma City, OK 73124-8809 | | | | | |
| 000005<br>070<br>7100-00 | Suncoast Schools Federal Credit Union<br>Mail Code: COL 002<br>P.O. Box 11904<br>Tampa, FL 33680 | Unsecured | | $27,765.59 | $0.00 | $27,765.59 |
| | Case Totals: | | | $110,883.13 | $1,752.59 | $109,130.54 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-52450
Case Name: HERRERA, WILFREDO
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand                                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: United States Treasury | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses            $_____

Remaining Balance                                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sallie Mae | $ | $ | $ |
| 000002 | GE Money Bank | $ | $ | $ |
| 000003 | FIA Card Services, NA | $ | $ | $ |
| 000004 | FIA Card Services, NA | $ | $ | $ |
| 000005 | Suncoast Schools Federal Credit Union | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be         percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE