UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 10-52450 |
| Wilfredo Herrera, | ) | Hon. Manuel Barbosa |
| | ) | (Kane County) |
| | ) | Hearing Date: November 1, 2012 |
| Debtor. | ) | Hearing Time: 10:00 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:             Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:      Estate

Date of Order Authorizing
Employment:                    November 24, 2010

Period for Which
Compensation is sought:        November 24, 2010 to Close of Case

Amount of Fees sought:         $4,152.35

Amount of Expense
Reimbursement sought:          $13.40

This is an:    Interim Application __    Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00 .

Dated: October 3, 2012                    Elizabeth C. Berg, Trustee of the Estate of
                                          Wilfredo Herrera, Debtor

                                          By: ____/s/Elizabeth C. Berg, Trustee_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 10-52450 |
| Wilfredo Herrera, | ) | Hon. Manuel Barbosa |
| | ) | (Kane County) |
| | ) | Hearing Date: November 1, 2012 |
| Debtor. | ) | Time: 10:00 a.m. |

**Application for Allowance and Payment of Final Compensation
And Expense Reimbursement of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Wilfredo Herrera ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of (i) $4,152.35 as final compensation for services rendered as trustee in this case from November 24, 2010 through the close of this case and (ii) $13.40 for reimbursement of actual expenses incurred in the performance of those services. In support thereof, Trustee states as follows:

**Introduction**

1. Debtor commenced this case on November 24, 2010 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Estate's primary asset was the debtor's interest in Equity Residential stock options ("Stock Options").

4. The bar date for filing claims in this case was July 6, 2011.

**Prior Compensation and Expense Reimbursement**

5. This is the first and final application ("Application") for allowance of compensation and expense reimbursement filed by Trustee in this case.

6.  Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

## Services Rendered by Trustee

7.  Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.  Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities; the Debtor's Statements of Financial Affairs; and conducted an examination of the Debtor pursuant to Section 341 of the Code;

B.  Trustee reviewed Debtor's state and federal income tax returns; Trustee investigated the value of the Stock Options and the Estate's interest in the Stock Options; upon determination that the Stock Options which vested pre-petition were property of the Estate and of value to the Estate, Trustee directed her attorneys to take steps necessary to exercise the Stock Options; Trustee liquidated the Stock Options and as a result, the Estate realized gross proceeds of $37,000.00 for the benefit of creditors; upon receipt of the gross proceeds of the liquidation of the Stock Options, Trustee distributed to the Debtor that portion of the Stock Options which vested post-petition and accordingly, was not property of the Estate;

C.  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.  Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.   Trustee attended to the Estate's tax matters, including retaining accountants and overseeing the preparation of tax returns on behalf of the Estate; and

F.   Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.   Trustee has collected the sum of $37,188.17 on behalf of the Estate. Trustee has made $5,010.48 in disbursements in this case as of the date hereof.

9.   Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10.  During the period covered by this Application, Trustee spent 21.10 hours rendering services on behalf of this Estate with a value of $4,653.00. Trustee estimates that she will spend an additional three hours rendering services with a value of $470.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11.  The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above (less the amount ($3,164.72) turned over to Debtor on account of that portion of the Stock Options which vested post-petition and were not property of the Estate), is $4,152.35 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $29,023.45 | $2,902.35 |
| Total allowable compensation | $4,152.35 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to timely filed unsecured creditors. Trustee anticipates that there will not be a surplus of funds to be returned to the Debtor.

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $4,152.35. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Expenses Incurred and Requested for Reimbursement

15. In the performance of the services described above, Trustee incurred actual and necessary expenses in the amount of $13.40 for which Trustee requests reimbursement. The expenses were incurred in connection with the delivery of the Estate's tax returns to the appropriate state and federal taxing authorities. An itemized listing of the expenses incurred is contained within the billing statements attached hereto as Exhibit A.

### Status of the Case

16. The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Wilfredo Herrera requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $4,152.35 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from November 24, 2010 through the closing of this case;

B. Allowing to Trustee expense reimbursement in the amount of $13.40 for actual and necessary expenses incurred by Trustee in this case;

C. Authorizing the Trustee to pay the amounts awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

D. For such other and further relief as this Court deems appropriate.

Dated: October 3, 2012    Elizabeth C. Berg, as trustee of the estate of
                          Wilfredo Herrera, debtor


                          By:____/s/_____
                                  Elizabeth C. Berg
Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St.  Suite 1500
Chicago, IL 60603
(312) 726-8150

5

Trustee's Final Fee Application

Wilfredo Herrera, Debtor
Case No. 10-52450

Trustee's Itemized Billing Statements

Exhibit A

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

August 21, 2012
Invoice No:   02083

Elizabeth C. Berg, Trustee
Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**   Herrera - Trustee

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 1/03/2011 | ECB | Conduct 341 creditors meetings | 0.20<br>$300.00/ hr | $60.00 |
| 2/09/2011 | ECB | Telephone call to Equity Residential re stock option inquiry | 0.10<br>$300.00/ hr | $30.00 |
| 2/11/2011 | ECB | Additional teleconference with Equity Residential on stock options, valuation & request for grant docs | 0.20<br>$300.00/ hr | $60.00 |
| 2/11/2011 | RKP | Draft letter to IRS re turnover of db's 2010 tax refund. | 0.10<br>$190.00/ hr | $19.00 |
| 4/08/2011 | ECB | Review Debtors' State and Federal 2010 income tax returns, Calculate refunds (.3) Review exemptions (.1) Email to D's counsel re refunds and available exemption in same (.1); Email D's counsel re recovery of stock options (.1) | 0.60<br>$300.00/ hr | $180.00 |
| 4/12/2011 | ECB | Teleconference with tenant Ricky Calvert re case status, payment of rents for Wesley Florida property and contact info for bank re same | 0.30<br>$300.00/ hr | $90.00 |

**Baldi Berg & Wallace, Ltd**  8/21/2012

Herrera - Trustee                                         Page    2

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 6/23/2011 | ECB | Confer with counsel re receipt of stock option proceeds and need to investigate and identify specific options exercised and paid | 0.30<br>$300.00/ hr | $90.00 |
| 7/14/2011 | ECB | Open and Review June 2011 monthly bank statement | 0.10<br>$300.00/ hr | $30.00 |
| 7/15/2011 | JMM | Reconcile June 2011 Bank Statements (.2) | 0.20<br>$85.00/ hr | $17.00 |
| 7/26/2011 | ECB | Confer with JDL re review of amended schedules to confirm exemption on income tax refund | 0.10<br>$300.00/ hr | $30.00 |
| 8/16/2011 | ECB | Confer with JDL re status of research on allocation of stock options | 0.10<br>$300.00/ hr | $30.00 |
| 8/18/2011 | ECB | Review memo from counsel re allocation of stock options between debtor and bankruptcy estate (.4) Review case law re same (.4) Review spreadsheets regarding grants 1-4 (.3) | 1.20<br>$300.00/ hr | $360.00 |
| 8/19/2011 | ECB | Continue review of case law re treatment of stock options as property of estate and allocation of proceeds between Debtor and Estate | 0.40<br>$300.00/ hr | $120.00 |
| 8/19/2011 | ECB | Open and review July bank statement | 0.10<br>$300.00/ hr | $30.00 |
| 8/19/2011 | JMM | Reconcile July 2011 Bank Statements | 0.20<br>$85.00/ hr | $17.00 |
| 8/26/2011 | ECB | Confer with JDL and review spreadsheets regarding liquidated and outstanding stock options | 0.20<br>$300.00/ hr | $60.00 |
| 8/26/2011 | ECB | Review and approve monthly bank reconciliations | 0.10<br>$300.00/ hr | $30.00 |
| 9/19/2011 | ECB | Open and review August 2011 bank statement | 0.10<br>$300.00/ hr | $30.00 |

**Baldi Berg & Wallace, Ltd**                                    8/21/2012

Herrera - Trustee                                                Page    3

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/20/2011 | ECB | Review and approve reconciled bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 9/20/2011 | JMM | Reconcile August 2011 Bank Statements | 0.20<br>$85.00/ hr | $17.00 |
| 10/11/2011 | ECB | Open and review Sept 2011 bank statement | 0.10<br>$300.00/ hr | $30.00 |
| 10/11/2011 | JMM | Reconcile September 2011 Bank Statements | 0.20<br>$85.00/ hr | $17.00 |
| 11/11/2011 | ECB | Open and review Oct 2011 bank statement | 0.10<br>$300.00/ hr | $30.00 |
| 11/11/2011 | JMM | Reconcile October 2011 Bank Statement | 0.20<br>$85.00/ hr | $17.00 |
| 11/15/2011 | ECB | Review claim register and all proofs of claim; Compare against schedules (.6) Analyze administrative claims and update trustee database with claim information (.4) | 0.90<br>$300.00/ hr | $270.00 |
| 12/13/2011 | JMM | Reconcile November 2011 Bank Statement | 0.20<br>$85.00/ hr | $17.00 |
| 1/12/2012 | ECB | Open and verify December 2011 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 1/12/2012 | JMM | Reconcile December 2011 Bank Statement | 0.20<br>$85.00/ hr | $17.00 |
| 1/17/2012 | RKP | Review case status and documents/file for information needed to update form 1 and 3 for Trustee's annual report (.4); update reports in preparation for submission to UST (.3). | 0.70<br>$195.00/ hr | $136.50 |
| 1/25/2012 | ECB | Meet with RKP to review and prep case summary for UST annual report | 0.20<br>$300.00/ hr | $60.00 |
| 1/25/2012 | RKP | Review case file and docket for information needed to prepare Annual Report (.3); update information in system | 1.10<br>$195.00/ hr | $214.50 |

**Baldi Berg & Wallace, Ltd**                                              8/21/2012

Herrera - Trustee                                                    Page    4

---

|            |     |                                                                                                                                   |                        |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------|------------------------|----------|
|            |     | to prepare Form 1 and 2 (.6); edit forms per E. Berg and prepare for filing (.2).                                                 |                        |          |
| 1/31/2012  | ECB | Review and approve 2011 UST annual report (.2) Oversee e-filing and submission of date files to UST (.1)                          | 0.30<br>$300.00/ hr    | $90.00   |
| 2/03/2012  | ECB | Review reconciliations and approve same following transfer of funds from Bank of America to Congressional Bank                    | 0.20<br>$300.00/ hr    | $60.00   |
| 2/03/2012  | JMM | Reconcile January 2012 Bank Statement                                                                                             | 0.20<br>$85.00/ hr     | $17.00   |
| 2/08/2012  | ECB | Teleconference with JDL re Debtor's termination of employment and loss of 2012 stock options                                      | 0.20<br>$300.00/ hr    | $60.00   |
| 2/21/2012  | ECB | Confer with JDL re status of investigation re severance payment for Debtor                                                        | 0.10<br>$300.00/ hr    | $30.00   |
| 2/21/2012  | ECB | Prepare Trustee's Bond Premium Report in preparation for payment of 2012 invoice                                                  | 0.10<br>$300.00/ hr    | $30.00   |
| 2/24/2012  | ECB | Email with Estate's accountant re prep of 2011 return                                                                             | 0.10<br>$300.00/ hr    | $30.00   |
| 3/05/2012  | ECB | Review of spreadsheet re pre- and post-petition division of proceeds of stock options between estate and debtor                   | 0.70<br>$300.00/ hr    | $210.00  |
| 3/06/2012  | ECB | Confer with JDL re allocation of proceeds from exercise of stock option (.4) Review local case law re same and re-calculate allocation (.4); Prepare new check (.1). Correspondence to Debtor's counsel re same (.4) | 1.30<br>$300.00/ hr    | $390.00  |
| 3/07/2012  | ECB | Open and initial review of Feb 2012 bank statements; Confirm and post checks and deposits                                         | 0.20<br>$300.00/ hr    | $60.00   |

**Baldi Berg & Wallace, Ltd**                                       8/21/2012

Herrera - Trustee                                              Page    5

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/07/2012 | ECB | Review docket in anticipation of case closing (.1) Review Claims docket for any late claims (.1) Review administrative claims for Trustee and Attorneys (.3) | 0.50<br>$300.00/ hr | $150.00 |
| 3/07/2012 | JMM | Reconcile February 2012 Bank Statement | 0.20<br>$85.00/ hr | $17.00 |
| 3/14/2012 | RKP | Meet with E. Berg for first quarter review to discuss status of case and open issues. | 0.10<br>$195.00/ hr | $19.50 |
| 3/16/2012 | ECB | Review and approved reconciled Feb 2012 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 4/10/2012 | ECB | Initial review of March 2012 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 4/10/2012 | JMM | Reconcile March 2012 Bank Statement | 0.20<br>$85.00/ hr | $17.00 |
| 5/07/2012 | ECB | Review and verify April 2012 bank statement | 0.10<br>$300.00/ hr | $30.00 |
| 5/07/2012 | JMM | Reconcile April 2012 Bank Statement | 0.20<br>$85.00/ hr | $17.00 |
| 6/13/2012 | JMM | Reconcile May 2012 Bank Statements | 0.20<br>$85.00/ hr | $17.00 |
| 6/21/2012 | ECB | Review status of case and confer with JMM re case closing (.1) Review administrative claims and prep final estimates for accountant for prep of tax return (.4) | 0.50<br>$300.00/ hr | $150.00 |
| 6/26/2012 | ECB | Confer with law clerk re prep of fee apps and assign fee apps for TFR packages | 0.30<br>$300.00/ hr | $90.00 |
| 7/10/2012 | JMM | Process June 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |

## Baldi Berg & Wallace, Ltd

8/21/2012

Herrera - Trustee

Page 6

| Date | Staff | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 8/07/2012 | ECB | Review of July 2012 bank statements | 0.10 $300.00/hr | $30.00 |
| 8/08/2012 | JMM | Process July 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |
| 8/14/2012 | ECB | Review and execute estate's 2011 tax returns' Telephone call to accountant re same | 0.60 $300.00/hr | $180.00 |
| 8/14/2012 | JMM | Prepare and file 2011 Federal and State Tax Returns | 1.00 $125.00/hr | $125.00 |
| 8/14/2012 | JMM | Prepare Letters Requesting Prompt Determination for Federal and State | 0.60 $125.00/hr | $75.00 |
| 8/20/2012 | ECB | Review, edit and execute TFR and related documents. | 1.00 $300.00/hr | $300.00 |
| 8/20/2012 | RKP | Input information into system in preparation of TFR, NFR and related documents (.5); review case file for information needed to prepare TFR (.4); phone call to E. Berg re: question re: TFR (.1); draft TFR (1.0); prepare NFR (.5). | 2.50 $195.00/hr | $487.50 |

Total Fees   $4,953.00

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 8/14/2012 | Sent 2011 Federal tax return to IRS and State tax return to IDOR | 1.00 @ /each | $13.40 |

Total Expenses   $13.40

Total New Charges   $4,966.40

Previous Balance   $0.00

Balance Due   $4,966.40

**Baldi Berg & Wallace, Ltd**                                     8/21/2012

                                                                  Page    7

Herrera - Trustee

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 12.10 | $300.00 |
| Jason M Manola | 2.60 | $85.00 |
| Jason M Manola | 1.80 | $125.00 |
| Ricki K Podorovsky | 0.10 | $190.00 |
| Ricki K Podorovsky | 4.40 | $195.00 |

**Trustee's Final Fee Application**                              **Wilfredo Herrera, Debtor**
                                                                 **Case No. 10-52450**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 10-52450 |
| Wilfredo Herrera, ) | Hon. Manuel Barbosa |
| ) | (Kane County) |
| ) | |
| Debtor. ) | |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois )
County of Cook )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.  I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2.  I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.  I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg & Wallace, Ltd. a law firm at which I have been employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4.  Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on September 4, 2012.

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

Exhibit B