UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 10-52450 |
| Wilfredo Herrera, | ) | Hon. Manuel Barbosa |
| | ) | (Kane County) |
| | ) | Hearing Date: November 1, 2012 |
| Debtor. | ) | Time:  10:00 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Popowcer Katten, Ltd.

Authorized to Provide
Professional Services as:     Accountants to Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:               March 22, 2012

Period for Which
Compensation is sought:     March 22, 2012 through close of case

Amount of Fees sought:      $1,367.00

Amount of Expense
Reimbursement sought:      $0.00

This is an:     Interim Application __          Final Application  _X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $ ____-0-_ .

Dated: October 3, 2012                    Popowcer Katten, Ltd.


By: __/s/Elizabeth C. Berg, Trustee____
Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 10-52450 |
| Wilfredo Herrera, | ) | Hon. Manuel Barbosa |
| | ) | (Kane County) |
| | ) | Hearing Date: November 1, 2012 |
| Debtor. | ) | Time:  10:00 a.m. |

**Trustee's First and Final Application for Allowance and Payment of Compensation of
Popowcer Katten, Ltd., Accountants for Trustee**

Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Wilfredo
Herrera, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"),
requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd.
("Popowcer") of $1,367.00 as final compensation for professional services rendered to the
Trustee from March 22, 2012 through the close of this case.  In support thereof, Trustee
respectfully states as follows:

**Introduction**

1.      This case was commenced on November 24, 2010 by the filing of a voluntary
petition under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in
this case.

3.      The bar date for filing claims in this case was July 6, 2011.

**Retention of Popowcer**

4.      On March 22, 2012 this Court authorized the Trustee to employ Popowcer as her
accountants in this case.  A copy of the retention order is attached hereto as Exhibit A.

**Prior Compensation Received**

5.      This is the first and final application for compensation that Popowcer will file in
this case.

## Services Rendered by Popowcer

6.    <u>Preparation of Estate Tax Returns</u>:  The services rendered by Popowcer have been in connection with the preparation of the Estate's tax returns for the year ending December 31, 2011. In connection with the tax returns filed with the Internal Revenue Service and the Illinois Department of Revenue, Popowcer prepared working papers and prepared all returns and supporting schedules.

In connection with the foregoing services, Popowcer performed 6.00 hours of service and requests allowance and payment of final compensation in the amount of $1,367.00. An itemized description of the services rendered to Trustee is set forth on the invoice attached hereto as Exhibit B.

7.    All of the services performed by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Popowcer at the request and direction of the Trustee.

## Payment of Compensation

8.    Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Popowcer for services rendered to the Trustee in connection with this case.

9.    Popowcer has not previously received payment of any compensation for services rendered in connection with this case.   The affidavit of Lois West in support of this Application is attached as Exhibit C.

10.    The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

2

## Status of the Case

11.     Trustee has administered all of the assets belonging to this Estate and has completed her review and analysis of the claims filed against the Estate.

12.     Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee and Trustee's attorneys have also been filed concurrently with this Application.

## Financial Condition of the Case

13.     Trustee currently has approximately $32,000.00 on deposit in the Estate's bank account. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with its final fee application , 3) the fees allowed to Popowcer in connection with this final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14.     Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates that there will be sufficient funds to make a distribution to timely filed general unsecured creditors.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Wilfredo Herrera, Debtor requests the entry of an order providing the following:

A.     Allowing to Popowcer final compensation in the amount of $1,367.00 for actual and necessary professional services rendered to the Trustee from March 22, 2012 through the close of this case;

B.     Authorizing the Trustee to pay the amount awarded as part of her final distribution in this case from the funds on hand in the Estate; and

3

C.    For such other and further relief as this Court deems appropriate.

Dated: October 3, 2012

Elizabeth C. Berg, as trustee of the estate of Wilfredo Herrera, debtor


By:_____/s/Elizabeth C. Berg_____
One of her Attorneys

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle Street, Suite 1500
Chicago, IL 60603
312.726.8150

4

**Popowcer Katten**
**Final Fee Application**

**Wilfredo Herrera, Debtor**
**Case No. 10-52450**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-52450 |
| WILFREDA HERRERA | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ Accountants**

This matter coming on to be heard upon the Trustee's Application to Employ Accountants, and the supporting affidavit of Lois West; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Wilfreda Herrera, debtor, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. to act as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:  March 22, 2012

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
19 South LaSalle St., Suite 1500
Chicago, IL  60603
(312) 726-8150

Popowcer Katten
Final Fee Application

Wilfredo Herrera, Debtor
Case No. 10-52450

Billing Statements

Exhibit B

**Invoice No.** 25785



**POPOWCER KATTEN, LTD.**

CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Wilfredo Herrera  (10-52450)
- c/o Elizabeth C. Berg, Trustee
- Baldi, Berg & Wallace
- 19 S. LaSalle Street, Suite 1500
- Chicago, IL 60603

**Date:** August 8, 2012                     **Account No.:** BER1006L

For Professional Services Rendered:

For accounting and tax services rendered for the period August 3, 2012 through August 7, 2012 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2011 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 4.7 | $ 230. | $ 1,081.00 |
| B. Glusak | Tax Specialist | 1.3 | 220. | 286.00 |
|  | Total due: | 6.0 |  | $ 1,367.00 |

ESTATE OF WILFREDO HERRERA  (10-52450)

Time sort by date

| Date | Description | Hours | Name | Rate | Amount |
|---|---|---|---|---|---|
| 8/3/2012 | Tax Return Preparation - Review trustee's analysis of proceeds received from exercise of stock options. Set up workpaper to calculate gain on sales. | 1.4 | L. West | $230 | 322.00 |
| 8/4/2012 | Tax Return Preparation - Prepare federal and state fiduciary income tax returns for the year ended 12/31/11. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required. | 3.0 | L. West | $230 | 690.00 |
| 8/6/2012 | Tax Review - Review workpapers and federal and state fiduciary returns for year ended 12/31/11 - forms 1041/1040 and IL-1041/IL-1040. | 1.0 | B. Glusak | $220 | 220.00 |
| 8/6/2012 | Tax Review - Review assembled returns prior to signature. | 0.3 | B. Glusak | $220 | 66.00 |
| 8/7/2012 | Tax Review - Final Review and sign federal and state fiduciary returns for final year ended 12/31/11. | 0.3 | L. West | $230 | 69.00 |

Total hours   6.0

1,367.00

**Invoice No. 25785**



**POPOWCER KATTEN, LTD.**

CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Wilfredo Herrera  (10-52450)
- c/o Elizabeth C. Berg, Trustee
- Baldi, Berg & Wallace
- 19 S. LaSalle Street, Suite 1500
- Chicago, IL 60603

**Date:** August 8, 2012                              **Account No.:** BER1006L

For Professional Services Rendered:

For accounting and tax services rendered for the period August 3, 2012 through August 7, 2012 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2011 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 4.7 | $ 230. | $ 1,081.00 |
| B. Glusak | Tax Specialist | 1.3 | 220. | 286.00 |
|  | Total due: | 6.0 |  | $ 1,367.00 |

**Return this copy with your payment, made payable to:** *Popowcer Katten, Ltd.*

Popowcer Katten
Final Fee Application

Wilfredo Herrera, Debtor
Case No. 10-52450

**Rule 2016 Affidavit**

Exhibit C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                      )      Chapter 7
                                           )      Case No. 10-52450
Wilfredo Herrera,                          )      Hon. Manuel Barbosa
                                           )      (Kane County)
                                           )
            Debtor.                        )

**Rule 2016 Affidavit**

State of Illinois        )
County of Cook           )

I, Lois West, being first duly sworn upon oath, do depose and state as follows:

1.      I am a certified public accountant licensed by the State of Illinois and a manager in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

2.      I have read the First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer Katten, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      Popowcer Katten, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Popowcer Katten, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer Katten, Ltd.

4.      Further affiant sayeth naught.

                                        _____
                                        Lois West

Subscribed and Sworn to before me
this 28th day of August, 2012

_____
Notary Public

OFFICIAL SEAL
JUDITH A HUGHES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/02/16