UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 10-52450 |
| Wilfredo Herrera, | ) | Hon. Manuel Barbosa |
| | ) | (Kane County) |
| | ) | Hearing Date: November 1, 2012 |
| Debtor. | ) | Time:  10:00 a.m. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:         Baldi Berg & Wallace Ltd.

Authorized to Provide
Professional Services as:   Attorneys to Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                 January 27, 2012

Period for Which
Compensation is sought:    January 11, 2012 through close of this case

Amount of Fees sought:     $5,312.00

Amount of Expense
Reimbursement sought:      $0.00

This is an:     Interim Application __        Final Application  _X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-__.

Dated: October 3, 2012                Baldi Berg & Wallace, Ltd.

                                      By: ___/s/Elizabeth C. Berg, Esq._____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 10-52450 |
| Wilfredo Herrera, ) | Hon. Manuel Barbosa |
| ) | (Kane County) |
| ) | Hearing Date: November 1, 2012 |
| Debtor. ) | Hearing Time: 10:00 a.m. |

**Application for Allowance and Payment of
Final Compensation Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd. ("BBW"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Wilfredo Herrera, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BBW of 1) $5,312.00 in final compensation for 25.30 hours of legal services rendered to the Trustee from January 11, 2011 through the close of this case. In support thereof, BBW respectfully states as follows:

### Introduction

1.  Debtor commenced this case on November 24, 2010 by filing a voluntary petition for relief under chapter 7 of the Code.

2.  Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.  As of the commencement of this case, the Estate's primary asset was the Debtor's interest in certain Equity Residential stock options.

4.  The bar date for filing claims in this case was July 6, 2011.

### Retention of BBW

5.  On Janurary 27, 2011 the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of BBW as her counsel in this case. A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for

Trustee at all times since its retention.

6. The professional qualifications and experience of the BBW attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee in this case are:

Elizabeth C. Berg – Partner
Julia D. Loper – Associate
Ricki Knapp-Podorovsky – Paralegal

### Prior Compensation Received

7. This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

### Services Rendered by BBW

8. Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9. The services rendered by BBW during the period covered by this Application have been summarized in two categories below:

General Administration: BBW advised the Trustee as to general case administration matters including, analyzing the Estate's interest in the stock options and the ability of the Trustee to exercise and liquidate the options; BBW researched and analyzed the stock option grant documents and advised the Trustee as to the percentage of the Estate's interest in the stock options; thereafter, BBW represented the Trustee in effectuating a sale of the stock options; BBW also performed legal

research to ascertain the proper allocation of the sale proceeds between the Debtor and the Estate. As a result of these efforts, the Trustee recovered gross proceeds of $37,186.00, from which $3,165.72 was turned over to the Debtor representing the stock options which vested post-petition. In addition, BBW advised the Trustee as to certain tax obligations of the Estate and BBW prepared this final fee application.

In connection with the foregoing, BBW spent 22.50 hours for which it requests allowance and payment of final compensation in the amount of $4,757.50.

<u>Retention of Professionals</u>: BBW prepared and presented the Trustee's Motion to Employ Attorneys and Trustee's Motion to Employ Accountants.

In connection with the foregoing, BBW spent 2.80 hours for which it requests allowance and payment of final compensation in the amount of $554.50.

**Compensation Requested**

10. BBW has expended a total of 25.30 hours for the services described and categorized in paragraph nine above. The total value of and the amount of compensation requested herein for those services is $5,312.00.

11. All of the services performed by BBW were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12. The rates charged by the attorneys and paralegals of BBW in this Application

are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Payment of Compensation

13. BBW has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

14. BBW has not previously received or been promised any payments for services rendered in this case.

16. The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

18. The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee and the Trustee's Accountants have also been filed concurrently with this Application.

### Financial Condition of the Case

20. Trustee currently has approximately $32,000.00 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the

4

Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with her final fee application, 2) the legal fees allowed to BBW in connection with this final fee application, 3) the fees allowed to Popowcer Katten, in connection with its final fee application as accountants to the Trustee and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution to general unsecured creditors in this case.

**Trustee's Approval**

22. BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, BBW, attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A. Awarding to BBW final compensation in the amount of $5,312.00 for actual and necessary professional services rendered to the Trustee from Janurary 11, 2011 through the closing of this case; and

B. For such other and further relief as this Court deems appropriate.

Dated:  October 3, 2012                             Baldi Berg & Wallace, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the estate of Wilfredo Herrera, debtor

By:___/s/ Elizabeth C. Berg, Esq._____

Elizabeth C. Berg/Atty ID 00100145
Baldi Berg & Wallace, Ltd.
19 South LaSalle St.  Suite 1500
Chicago, IL  60603
312.726.8150

**Baldi Berg & Wallace, Ltd.**  «Debtorname», Debtor
**Final Fee Application**  Case No. 10-52450«CaseNo»

**Retention Order**

Exhibit A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 10-52450
Wilfredo Herrera  )
  )
  )  Chapter: 7
  )
  )  Honorable Manuel Barbosa
  )  Kane
Debtor(s)  )

ORDER EMPLOYING TRUSTEE'S ATTORNEYS

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Wilfredo Herrera, debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

JAN 27 2011

Enter: [signature]

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated:

**Prepared by counsel of Movant:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
(312) 726-8150

Rev: 20101008_bko

**Baldi Berg & Wallace, Ltd.**                                   «Debtorname», Debtor
**Final Fee Application**                                   Case No. 10-52450«CaseNo»

**Professional Qualifications**

**Exhibit B**

**Baldi Berg & Wallace, Ltd.**

**Elizabeth C. Berg**

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

Baldi Berg & Wallace, Ltd.

## Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

## Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

**Baldi Berg & Wallace, Ltd.**  «Debtorname», **Debtor**
**Final Fee Application** Case No. 10-52450«CaseNo»

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

Phone: (312) 726-8150
Fax:   (312) 726-5067

FEIN: 36-4352753

*Invoice submitted to:*

August 21, 2012
Invoice No:   02084

Baldi Berg & Wallace
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| **Herrera - General Administration** | | | | | | | |
| | 22.50 | $4,757.50 | $0.00 | $4,757.50 | $0.00 | $0.00 | $4,757.50 |
| **Herrera - Retention of Professionals** | | | | | | | |
| | 2.80 | $554.50 | $0.00 | $554.50 | $0.00 | $0.00 | $554.50 |
| Balance Due | | | | | | | $5,312.00 |

# Baldi Berg & Wallace, Ltd

8/21/2012

Herrera - General Administration

Page    2

**In Reference to:**    *Herrera - General Administration*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 4/01/2011 | ECB | Teleconference with Equity Residential to follow-up on info request regarding stock options (.2) Additional research on value (.1) Review Stock Option Grant Summary received from Equity Residential (.3) Review debtor's pre-petition sale of stock just prior to filing (.2) | 0.80<br>$300.00/ hr | $240.00 |
| 4/04/2011 | ECB | Teleconference with Kendall Korte re Equity Residential Option and Share Summary (.2) Calculate value of exercisable options (.1) prepare letter to transfer agent Smith Barney to provide proof of appointment as Trustee and request information re stock options in preparation of exercise of same (.2) | 0.50<br>$300.00/ hr | $150.00 |
| 5/06/2011 | JDL | Review multiple stock options w/ECB and analyze allocation of estate of debtor's interest in same | 0.70<br>$200.00/ hr | $140.00 |
| 6/10/2011 | JDL | Telephone call to Smith Barney re: procedures to exercise options. (.1) Email to Trustee ECB re: same (.1) | 0.20<br>$200.00/ hr | $40.00 |
| 6/14/2011 | JDL | Telephone call to Smith Barney to exercise 2011 stock options (.4) Prepare fax with payable instructions (.2) | 0.60<br>$200.00/ hr | $120.00 |
| 6/23/2011 | JDL | Conference w/ ECB re receipt of stock options proceeds. | 0.10<br>$200.00/ hr | $20.00 |
| 7/01/2011 | JDL | Telephone call to Smith Barney re: confirmation of identification of specific options exercised. (.3) Review documents via secured email (.5) | 0.80<br>$200.00/ hr | $160.00 |
| 7/08/2011 | JDL | Email to Smith Barney re: difference in options confirmations and amount received (.3) Email to K. Korte @ Equity Residential request copy of options (.2) | 0.50<br>$200.00/ hr | $100.00 |
| 7/15/2011 | JDL | Research re: stock options. (1.7) Email to K. Korte re: options (.2) | 1.90<br>$200.00/ hr | $380.00 |
| 7/21/2011 | JDL | Review grant and exercise history of options. | 0.20<br>$200.00/ hr | $40.00 |
| 7/26/2011 | JDL | Review amended schedules of Debtor re: income tax refund | 1.20<br>$200.00/ hr | $240.00 |

## Baldi Berg & Wallace, Ltd

8/21/2012

Herrera - General Administration

Page    3

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/16/2011 | JDL | Legal Research re: allocation of stock options. (1.8) Prepare spreadsheet w/ allocations (1.3) Email to K. Korte re: stocks (.2) Email to Erik re: stocks (.2) | 3.50 $200.00/hr | $700.00 |
| 8/17/2011 | JDL | Continue preparation of stock option spreadsheet and memo. | 2.90 $200.00/hr | $580.00 |
| 8/22/2011 | JDL | Telephone call to Equity re: shares (.3) Email to SmithBarney (.2) Revise spreadsheet re: stock analysis (.8) | 1.30 $200.00/hr | $260.00 |
| 1/23/2012 | RKP | Review case file (.1) and advise Trustee as to tax reporting requirements (.1) | 0.20 $195.00/hr | $39.00 |
| 2/08/2012 | JDL | Review stock option data (.5) telephone call to Morgan Stanley re: 2012 exercise (.3) Conference w/ ECB re: exercise, debtor's change in employment status (.3) Prepare Memo re: debtor's termination of employment and effect on future stock options (.5) | 1.60 $235.00/hr | $376.00 |
| 2/13/2012 | JDL | Telephone call to Debtor's counsel re: status of Debtor's employment | 0.10 $235.00/hr | $23.50 |
| 2/20/2012 | JDL | Telephone call to Eric Myzska at Equity Residential re: debtor's employment status. | 0.10 $235.00/hr | $23.50 |
| 2/22/2012 | JDL | Prepare email to E. Myzska at Equity Residential re: debtor employment status. | 0.30 $235.00/hr | $70.50 |
| 2/23/2012 | JDL | Telephone call w/ Jim Fiffer from Equity Residential to confirm termination of Debtor's employment (.2) Email to Trustee re: same (.1) | 0.30 $235.00/hr | $70.50 |
| 3/06/2012 | JDL | Confer w/ ECB re: allocation of 2011 stock option proceeds (.4) Revise spreadsheet with option distribution (1.3) | 1.70 $235.00/hr | $399.50 |
| 8/20/2012 | RKP | Prepare BBW fee application (1.8); coversheet, proposed order, affidavit (.2); draft Popowcer fee application (.8); coversheet, proposed order and affidavit (.2). | 3.00 $195.00/hr | $585.00 |

Total Fees    $4,757.50

## Baldi Berg & Wallace, Ltd

Herrera - General Administration

8/21/2012

Page    4

|  |  |
|---|---|
| Total New Charges | $4,757.50 |
| Previous Balance | $0.00 |
| Balance Due | $4,757.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 1.30 | $300.00 |
| Julia D Loper | 13.90 | $200.00 |
| Julia D Loper | 4.10 | $235.00 |
| Ricki K Podorovsky | 3.20 | $195.00 |

## Baldi Berg & Wallace, Ltd

8/21/2012

Herrera - Retention of Professionals

Page   5

**In Reference to:**   *Herrera - Retention of Professionals*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 1/11/2011 | RKP | Draft motion to employ attorneys (.5); proposed order (.1); and affidavit (.1); prepare motion for service and filing (.1); efile motion (.1). | 0.90<br>$190.00/ hr | $171.00 |
| 1/17/2011 | RKP | Edits to Application to Employ Attorneys (per Trustee) (.10); and edits to affidavit (.10) | 0.20<br>$190.00/ hr | $38.00 |
| 1/20/2011 | ALD | Prepare filing and Service of Motion to Hire BBW as Attorneys for the Trustee. | 0.20<br>$55.00/ hr | $11.00 |
| 1/27/2011 | ECB | Court appearance on Motion to Retain Attorneys | 0.20<br>$300.00/ hr | $60.00 |
| 3/07/2012 | RKP | Prepare application to employ Accountants (.8); prepare proposed order (.1); prepare Affidavit in support (.1); email to L. West re: same (.1). | 1.10<br>$195.00/ hr | $214.50 |
| 3/22/2012 | ECB | Court appearance on Motion to Retain Accountants | 0.20<br>$300.00/ hr | $60.00 |
| | | | Total Fees | $554.50 |

**Baldi Berg & Wallace, Ltd**                                        8/21/2012

Herrera - Retention of Professionals                                 Page    6

|                       | Total New Charges | $554.50 |
|                       | Previous Balance  | $0.00   |
|                       | Balance Due       | $554.50 |

### Timekeeper Summary

| Name               | Hours | Rate     |
|--------------------|-------|----------|
|                    | 0.20  | $55.00   |
| Elizabeth C Berg   | 0.40  | $300.00  |
| Ricki K Podorovsky | 1.10  | $190.00  |
| Ricki K Podorovsky | 1.10  | $195.00  |

Baldi Berg & Wallace, Ltd.  «Debtorname», Debtor
Final Fee Application  Case No. 10-52450«CaseNo»

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 10-52450 |
| Wilfredo Herrera, | ) | Hon. Manuel Barbosa |
| | ) | (Kane County) |
| | ) | |
| Debtor. | ) | |

### Rule 2016 Affidavit

State of Illinois   )
County of Cook    )

    I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

    1.    I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

    2.    I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

    3.    A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

    4.    Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

    5.    Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
this  4  day of September, 2012

_____
Notary Public

**Exhibit D**