**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: § 
 § 
HERRERA, WILFREDO § Case No. 10-52450
 § 
Debtor(s) § 

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:00 a.m.
on November 1, 2012
in Courtroom 250 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth S. Gardner_____
                                        Clerk of the US Bankruptcy Court

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HERRERA, WILFREDO § Case No. 10-52450
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 37,188.17 |
| and approved disbursements of | $ | 5,010.48 |
| leaving a balance on hand of[1] | $ | 32,177.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 4,152.35 | $ 0.00 | $ 4,152.35 |
| Trustee Expenses: Elizabeth C. Berg, Trustee | $ 13.40 | $ 0.00 | $ 13.40 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 5,312.00 | $ 0.00 | $ 5,312.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,367.00 | $ 0.00 | $ 1,367.00 |
| Other: Illinois Department of Revenue | $ 825.00 | $ 825.00 | $ 0.00 |
| Other: United States Treasury | $ 876.00 | $ 876.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 51.59 | $ 51.59 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,844.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

    Remaining Balance      $      21,332.94

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 98,285.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.7 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sallie Mae | $ 8,685.32 | $ 0.00 | $ 1,885.15 |
| 000002 | GE Money Bank | $ 1,342.45 | $ 0.00 | $ 291.38 |
| 000003 | FIA Card Services, NA | $ 44,258.30 | $ 0.00 | $ 9,606.27 |
| 000004 | FIA Card Services, NA | $ 16,234.13 | $ 0.00 | $ 3,523.62 |
| 000005 | Suncoast Schools Federal Credit Union | $ 27,765.59 | $ 0.00 | $ 6,026.52 |

    Total to be paid to timely general unsecured creditors      $      21,332.94

    Remaining Balance      $      0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Certificate of Notice   Page 4 of 6

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

             Prepared By: /s/ Elizabeth C. Berg
                    Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-52450-MB
Wilfredo Herrera                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: cgreen            Page 1 of 2          Date Rcvd: Oct 04, 2012
                            Form ID: pdf006        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2012.
```
db          +Wilfredo Herrera,    2256 Bird Ln,    Batavia, IL 60510-8964
16466539    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16466540     Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
16466541    +Cap One Na,    8401 Connecticut Avenue,    Chevy Chase, MD 20815-5803
16466542    +Chela,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
16466543    +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16466544    +City Ntl Bk,    Attn: Bankruptcy,    Po Box 785057,    Orlando, FL 32878-5057
16466545     Daniel C Consuerga,    9204 King Palm Dr.,    Tampa, FL 33619-1328
16466546    +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17511024     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2012 01:12:10     FIA Card Services, NA,
              Bank of America, NA (USA) & MBNA,    America Bank, NA/American InfoSource LP,    PO Box 248809,
              Oklahoma City, OK  73124-8809
17467517     E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2012 01:06:51      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16466553     E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2012 01:06:53      GE Money Bank Sam's Club,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
16466547     E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Oct 05 2012 00:58:59     ISAC,    1755 Lake Cook Rd,
              Deerfield, IL 60015-5209
17334432    +E-mail/PDF: pa_dc_claims@salliemae.com Oct 05 2012 01:12:09      Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
16466554    +E-mail/Text: cmecf@suncoastfcu.org Oct 05 2012 00:58:32     Suncoast Cu,    Attn: Col 002,
              Po Box 11829,    Tampa, FL 33680-1829
17511629    +E-mail/Text: cmecf@suncoastfcu.org Oct 05 2012 00:58:32     Suncoast Schools Federal Credit Union,
              Mail Code: COL 002,    P.O. Box 11904,    Tampa, FL 33680-1904
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16466549*   +John & Otilia Ellinghausen,    24816 Wild Frontier Dr,    Land O Lakes, FL 34639-9541
16466552*   +Ricky & Holly Calvert,    26937 Coral Springs Dr,    Wesley Chapel, FL 33544-6688
16466548   ##+John & Otilia Ellinghausen,    24816 Wild Frontier Dr.,    Land O Lakes, FL 34639-9541
16466550   ##+Kane County Collector,    PO Box 4000,    Carol Stream, IL 60197-4000
16466551   ##+Ricky & Holly Calvert,    26937 Coral Springs Dr.,    Wesley Chapel, FL 33544-6688
                                                                                               TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2012**                      **Signature:**      *[signed] Joseph Speetjens*

```
District/off: 0752-1         User: cgreen              Page 2 of 2              Date Rcvd: Oct 04, 2012
                             Form ID: pdf006           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2012 at the address(es) listed below:
          Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth Berg ecberg@ameritech.net
          John C Crees    on behalf of Debtor Wilfredo Herrera crees@pacatrust.com
          Jose G Moreno    on behalf of Creditor  US Bank, NA as trustee nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor  Capital One, N.A. ND-Two@il.cslegal.com
          Terrance S Leeders    on behalf of Debtor Wilfredo Herrera tleeders@leederslaw.com
                                                                                         TOTAL: 7

Case 10-52450   Doc 37   Filed 10/04/12   Entered 10/06/12 23:30:26   Desc Imaged
Certificate of Notice   Page 6 of 6