UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
HERRERA, WILFREDO                   §      Case No. 10-52450 MB
                                    §
          Debtor(s)                 §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Elizabeth C. Berg, Trustee_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Wilfredo Herrera |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Cap One Na 8401 Connecticut Avenue Chevy Chase, MD 20815 | | | | | |
| | Cap One Na 8401 Connecticut Avenue Chevy Chase, MD 20815 | | | | | |
| | City Ntl Bk Attn: Bankruptcy Po Box 785057 Orlando, FL 32878 | | | | | |
| | Kane County Collector PO Box 4000 Carol Stream, IL 60197 | | | | | |
| | Suncoast Cu Attn: Col 002 Po Box 11829 Tampa, FL 33680 | | | | | |
| | Suncoast Cu Attn: Col 002 Po Box 11829 Tampa, FL 33680 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| BERG, ELIZABETH | | | | | |
| INTL SURETIES | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| IDOR | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Daniel C Consuerga 9204 King Palm Dr. Tampa, FL 33619-1328 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | ISAC 1755 Lake Cook Rd Deerfield, IL 60015-5209 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John & Otilia Ellinghausen 24816 Wild Frontier Dr. Land O Lakes, FL 34639 | | | | | |
| | Ricky & Holly Calvert 26937 Coral Springs Dr. Wesley Chapel, FL 33543 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | | | | |
| 000003 | FIA CARD SERVICES, NA | | | | | |
| 000004 | FIA CARD SERVICES, NA | | | | | |
| 000002 | GE MONEY BANK | | | | | |
| 000001 | SALLIE MAE | | | | | |
| 000005 | SUNCOAST SCHOOLS FEDERAL CREDIT UNI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - WILFREDO HERRERA
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-52450 MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | HERRERA, WILFREDO | | Date Filed (f) or Converted (c): | 11/24/10 (f) |
| | | | 341(a) Meeting Date: | 01/03/11 |
| For Period Ending: | 12/13/12 | | Claims Bar Date: | 07/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 2256 Bird Ln, Batavia IL 60 owned jointly with non-filing spouse | 560,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate located at 26937 Coral Springs Dr., We | 250,000.00 | 0.00 | | 0.00 | FA |
| 3. Real Estate located at 24816 Wild Frontier Dr, Lan | 150,000.00 | 0.00 | | 0.00 | FA |
| 4. Real Estate located at 5353 10th Ave, Zephyr Hills | 50,000.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with Bank of America | 57.70 | 0.00 | | 0.00 | FA |
| 6. Checking account with Anheuser Busch Credit Union | 177.08 | 0.00 | | 0.00 | FA |
| 7. Savings account with Bank of America | 45.87 | 0.00 | | 0.00 | FA |
| 8. Savings account with Anheuser-Busch Employees' Cre | 10.02 | 0.00 | | 0.00 | FA |
| 9. Checking account with Citibank | 1,682.32 | 0.00 | | 0.00 | FA |
| 10. Savings account with Citibank | 100.22 | 0.00 | | 0.00 | FA |
| 11. employer stock options -Equity Residential held at Value of asset based upon estate's pre-petition, pro-rate share of vested stock options | 0.00 | 34,021.57 | | 37,186.29 | FA |
| 12. Savings account with Bank of America | 8.56 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.05c

FORM 1 - WILFREDO HERRERA
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-52450 | MB | Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | HERRERA, WILFREDO | | | Date Filed (f) or Converted (c): | 11/24/10 (f) |
| | | | | 341(a) Meeting Date: | 01/03/11 |
| | | | | Claims Bar Date: | 07/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Miscellaneous Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| 14. Miscellaneous books, cd's, videos | 100.00 | 0.00 | | 0.00 | FA |
| 15. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 16. Miscellaneous costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 17. Term Life Insurance, no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 18. 401k, through employer | 91,240.87 | 0.00 | | 0.00 | FA |
| 19. Morgan Stanley/Smith Barney | 54.34 | 0.00 | | 0.00 | FA |
| 20. Automobile, 2007 Cadillac Escalade, cross collater | 31,000.00 | 0.00 | | 0.00 | FA |
| 21. Automobile, 1997 Jeep Wrangler | 2,000.00 | 0.00 | | 0.00 | FA |
| 22. IRS tax return-joint with spouse | 1,251.50 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 1.88 | FA |

TOTALS (Excluding Unknown Values)   $1,139,178.48   $34,021.57   $37,188.17

Gross Value of Remaining Assets   $0.00

(Total Dollar Amount in Column 6)

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 16.05c

**FORM 1 - WILFREDO HERRERA**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-52450   MB   Judge: MANUEL BARBOSA | Trustee Name:   Elizabeth C. Berg, Trustee |
| Case Name: | HERRERA, WILFREDO | Date Filed (f) or Converted (c):   11/24/10 (f) |
| | | 341(a) Meeting Date:   01/03/11 |
| | | Claims Bar Date:   07/06/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's interest in a tax refund and stock options; Trustee determined there was no equity in the tax refund; Trustee liquidated the current stock options and recovered more than $37,000 for the benefit of the Estate's creditors; additional stock options were to mature in February 2012; Trustee reviewed claims; TR held open case for 2012 stock options, only to learn Debtor left job and options were cancelled by Company. Trustee filed estate tax returns; TFR filed Final Report which is scheduled for hearing on November 1, 2012 and will make final distribution to creditors in November, 2011.

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 11/01/12

　　　/s/     Elizabeth C. Berg, Trustee
_____  Date: 12/13/12
　　ELIZABETH C. BERG, TRUSTEE

FORM 2 - WILFREDO HERRERA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-52450 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HERRERA, WILFREDO | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4277 Money Market Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 12/13/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 06/24/11 | 11 | Morgan Stanley Smith Barney<br>c/o Citigroup Global Markets, Inc.<br>70 W. Madison St. Suite 5100<br>Chicago IL 60602 | Stock Option Proceeds<br>$3,164.72 of proceeds vested post-petition and represent non-estate property returnable to Debtor. See check 3003 | 1129-000 | 37,186.29 | | 37,186.29 |
| C 06/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 37,186.31 |
| C 07/29/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,186.63 |
| C 08/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,186.95 |
| C 09/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,187.26 |
| C 10/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,187.58 |
| C 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 47.38 | 37,140.20 |
| C 11/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 37,140.51 |
| C 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 45.79 | 37,094.72 |
| C 12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 37,095.00 |
| C t 12/29/11 | | Transfer to Acct #*******2608 | Bank Funds Transfer | 9999-000 | | 37,095.00 | 0.00 |

Page Subtotals 37,188.17 37,188.17

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2 - WILFREDO HERRERA

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-52450 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | HERRERA, WILFREDO | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4277 Money Market Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 12/13/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 37,188.17 | 37,188.17 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 37,095.00 | |
| | | | Subtotal | | 37,188.17 | 93.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 37,188.17 | 93.17 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals 0.00 0.00

Ver: 16.05c

FORM 2 - WILFREDO HERRERA

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-52450 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | HERRERA, WILFREDO | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2608 Checking Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 12/13/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 12/29/11 | | Transfer from Acct #*******4277 | Bank Funds Transfer | 9999-000 | 37,095.00 | | 37,095.00 |
| C 02/21/12 | 003001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Blanket Bond #016026455 Chicago NDIL | 2300-000 | | 51.59 | 37,043.41 |
| * C 03/05/12 | 003002 | Wilfredo Herrera 2256 Bird Lane Batavia IL 60510 | Check for Debtor's Share - Reversed | 8500-003 | | 9,241.62 | 27,801.79 |
| * C 03/06/12 | 003002 | Wilfredo Herrera 2256 Bird Lane Batavia IL 60510 | Reversed Check #3002 Determined check amount for Debtor's share of stock options incorrect due to revised calculations of Estate's pro-rata share of proceeds. Replaced with Check # 3003 | 8500-003 | | -9,241.62 | 37,043.41 |
| C 03/06/12 | 003003 | Wilfredo Herrera 2256 Bird Lane Batavia IL 60510 | Debtor's Share - EQR Stock Options Replaces Check #3002 (Reversed) | 8500-002 | | 3,164.72 | 33,878.69 |
| C 08/14/12 | 003004 | United States Treasury c/o Internal Revenue Service Cincinnati OH 45999-0148 | 35-6920015 2011 Form 1041 - Estate's Federal Taxes | 2810-000 | | 876.00 | 33,002.69 |
| C 08/14/12 | 003005 | Illinois Department of Revenue P.O. Box 19053 | 35-6920015 2011 Form IL-1041 - Estate's State Taxes | 2820-000 | | 825.00 | 32,177.69 |

Page Subtotals 37,095.00 4,917.31

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2 - WILFREDO HERRERA
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-52450 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | HERRERA, WILFREDO | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2608 Checking Account |
| Taxpayer ID No: | *******0015 | | | |
| For Period Ending: | 12/13/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Springfield IL 62794-9053 | | | | | |
| C  11/05/12 | 003006 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Compensation | 2100-000 | | 4,152.35 | 28,025.34 |
| C  11/05/12 | 003007 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Expenses | 2200-000 | | 13.40 | 28,011.94 |
| C  11/05/12 | 003008 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,312.00 | 22,699.94 |
| C  11/05/12 | 003009 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Accountant's Final Compensation | 3410-000 | | 1,367.00 | 21,332.94 |
| C  11/05/12 | 003010 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000001, Payment 21.70501% | 7100-000 | | 1,885.15 | 19,447.79 |
| C  11/05/12 | 003011 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120 | Claim 000002, Payment 21.70509% | 7100-000 | | 291.38 | 19,156.41 |

Page Subtotals        0.00        13,021.28

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Page: 5

FORM 2 - WILFREDO HERRERA

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-52450 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | HERRERA, WILFREDO | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2608 Checking Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 12/13/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami FL 33131-1605 | | | | | |
| C 11/05/12 | 003012 | FIA Card Services, NA<br>Bank of America, NA (USA) & MBNA<br>America Bank, NA/American InfoSource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000003, Payment 21.70501% | 7100-000 | | 9,606.27 | 9,550.14 |
| C 11/05/12 | 003013 | FIA Card Services, NA<br>Bank of America, NA (USA) & MBNA<br>America Bank, NA/American InfoSource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 21.70501% | 7100-000 | | 3,523.62 | 6,026.52 |
| C 11/05/12 | 003014 | Suncoast Schools Federal Credit Union<br>Mail Code: COL 002<br>P.O. Box 11904<br>Tampa, FL 33680 | Claim 000005, Payment 21.70500% | 7100-000 | | 6,026.52 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 37,095.00 | 37,095.00 | 0.00 |
| Less: Bank Transfers/CD's | 37,095.00 | 0.00 | |
| Subtotal | 0.00 | 37,095.00 | |
| Less: Payments to Debtors | | 3,164.72 | |
| Net | 0.00 | 33,930.28 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account - ********4277 | 37,188.17 | 93.17 | 0.00 |
| Checking Account - ********2608 | 0.00 | 33,930.28 | 0.00 |

Page Subtotals     0.00     19,156.41

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2 - WILFREDO HERRERA

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 10-52450 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | HERRERA, WILFREDO | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2608  Checking Account |
| Taxpayer ID No: | *******0015 | | |
| For Period Ending: | 12/13/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 37,188.17 | 34,023.45 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.05c